```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 18863
   MICHAEL T MCCORMICK
   LISA A MCCORMICK                      CHAPTER 13

                                         JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-4625      SSN XXX-XX-6705
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/12/07 and confirmed on 01/25/08.

   2.  The case was dismissed after confirmation, 09/26/2008.

   3.  The Debtor paid a total of $  6090.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BANK OF AMERICA NA | MORTGAGE ARRE | 1663.50 | .00 | 1663.50 |
| ALPHA PROPERTY MGMT | SECURED | 342.00 | .00 | 342.00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 11442.10 | .00 | 866.51 |
| APEX FINANCIAL MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10214.33 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 417.65 | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 5634.86 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4817.49 | .00 | .00 |
| EXXON MOBIL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5930.62 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10900.22 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 638.09 | .00 | .00 |
| FEDERATED RETAIL HOLDING | UNSECURED | 326.32 | .00 | .00 |
| MARK BARNES DDS | UNSECURED | 568.99 | .00 | .00 |
| SHELL CREDIT CARD | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 2531.30 | .00 | .00 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 705.50 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| WHEATON PEDIATRICS | UNSECURED | 1214.69 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 1076.10 | .00 | .00 |
| PROVIDIAN | UNSECURED | 7589.01 | .00 | .00 |

        Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
---

```
TOTAL CLMS ALLOWED         2005.50       11442.10      52565.17              .00      66012.77
PRINCIPAL PAID             2005.50         866.51           .00              .00       2872.01
INTEREST PAID                  .00             .00          .00              .00            .00
TOTAL PAID                 2005.50         866.51           .00              .00       2872.01
```
The Debtor's attorney, JOHN A REED                      , was allowed $   3500.00
and was paid $    626.00   direct and $   2874.00   through the plan.

The Trustee received $      343.99 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 12/17/08                        /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE